AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DiClerico, Joseph A. | United States District Court District of New Hampshire | 06/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge Senior Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

55 Pleasant Street, Room 400
Concord, NH 03301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust I, Trust II, and Trust IV |
| 2. Trustee | Mayhew Program |
| 3. Trustee and Secretary | Ausbon Sargent Land Preservation Trust |
| 4. Director | Little Lake Sunapee Protective Association |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 06/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Ausbon Sargent Land Preservation Trust |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 06/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐　NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Dodds Family | Use of boathouse to dock boat (See Part VIII) | $2,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑　NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Brokerage Account #1 (H) | | | | | | | | | |
| 2. | -Sh. Com. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 3. | -Sh. Com. General Electric | A | Dividend | K | T | | | | | |
| 4. | -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | | |
| 6. | IRA Brokerage Acct #2 (H) | | | | | | | | | |
| 7. | -Wells Fargo Adv. Bk. Dep. Sweep Prg. | | None | J | T | | | | | |
| 8. | -IVA Worldwide Fund | A | Dividend | L | T | | | | | |
| 9. | | | | | | | | | | |
| 10. | IRA Brokerage Acct. #3 (H) | | | | | | | | | |
| 11. | -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 12. | -PIMCO Unconstrained Bd. Fund | A | Dividend | | | Sold | 7/25/16 | K | | |
| 13. | -PIMCO All Asset FND | B | Dividend | L | T | | | | | |
| 14. | -JP Morgan TRI Strategic Income OPPTY | B | Dividend | K | T | | | | | |
| 15. | -Vanguard Fixed Income Secs Fd | A | Dividend | K | T | Buy | 7/25/16 | K | | |
| 16. | | | | | | | | | | |
| 17. | 529 Education Svgs Plan Brokerage Acc't #4 | A | Dividend | J | T | Open | 1/15/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -American Funds Capital Growth & Inc. CL 529A | | | | | Buy | 2/24/16 | J | | |
| 19. | | | | | Buy | 3/24/16 | J | | |
| 20. | | | | | Buy | 4/14/16 | J | | |
| 21. | | | | | Buy | 5/23/16 | J | | |
| 22. | | | | | Buy | 6/28/16 | J | | |
| 23. | | | | | | 7/5/16 | J | A | See Part VIII |
| 24. | | | | | Buy | 8/30/16 | J | | |
| 25. | | | | | Buy | 9/21/16 | J | | |
| 26. | | | | | Buy | 12/2/16 | J | | |
| 27. | | | | | | | | | |
| 28. 529 Education Svgs Plan Brokerage Acc't #5 | A | Dividend | J | T | Open | 1/15/16 | J | | |
| 29. -American Funds Capital Growth & Inc. CL 529A | | | | | Buy | 2/24/16 | J | | |
| 30. | | | | | Buy | 3/24/16 | J | | |
| 31. | | | | | Buy | 4/14/16 | J | | |
| 32. | | | | | Buy | 5/23/16 | J | | |
| 33. | | | | | Buy | 6/28/16 | J | | |
| 34. | | | | | | 7/5/16 | J | A | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy | 8/30/16 | J | | |
| 36. | | | | | Buy | 9/21/16 | J | | |
| 37. | | | | | Buy | 12/2/16 | J | | |
| 38. | | | | | | | | | |
| 39. Trust I (H) | | | | | | | | | |
| 40. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | J | T | | | | | |
| 41. -Dodge & Cox FDS Int'l Stk FD | C | Dividend | M | T | | | | | |
| 42. -FPA New Income Inc-. | D | Dividend | K | T | | | | | |
| 43. -IVA Worldwide Fund | B | Dividend | L | T | | | | | |
| 44. -Wells Fargo Adv Asset Alloc FD | B | Dividend | L | T | | | | | |
| 45. -Oppenheimer Dev. Mkts. | A | Dividend | K | T | | | | | |
| 46. -T. Rowe Price Short Term BD FD Inc. | A | Dividend | | | Sold | 7/25/16 | K | | |
| 47. -FPA FDSTR Crescent Portfolio | B | Dividend | M | T | | | | | |
| 48. -Wells Fargo FDS Trust Absolute Ret FD | A | Dividend | K | T | | | | | |
| 49. -JP Morgan TRI Strategic Income OPPTY | C | Dividend | L | T | | | | | |
| 50. -Vanguard Mun BD FD Inter Term Tax Exempt FDA Admiral Shs. | A | Dividend | K | T | Buy | 7/25/16 | K | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust II (H) | | | | | | | | | |
| 53. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | K | T | | | | | |
| 54. -NH St. Cap. App. Zero Coup. Bnd 6/1/17 | | None | K | T | | | | | |
| 55. -Manchester NH Redev. Auth. - Zero Coup. Bnd 1/1/20 | | None | K | T | Buy | 10/12/16 | K | | |
| 56. | | | | | | | | | |
| 57. Truste III (H) | | | | | | | | | |
| 58. -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | L | T | | | | | |
| 59. -Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 60. -Sh. Com. Lake Sunapee Bank Group | A | Dividend | K | T | | | | | |
| 61. -American Funds Capital World Growth & Inc. Fnd | B | Dividend | K | T | | | | | |
| 62. -Dodge & Cox FDS Int'l Stk FD | B | Dividend | K | T | | | | | |
| 63. -American Funds Int'l Growth & Income FD | B | Dividend | L | T | | | | | |
| 64. -FPA New Income Inc. | B | Dividend | L | T | | | | | |
| 65. -American Funds Fundamental Invs. Inc. Class F-2 | C | Dividend | L | T | | | | | |
| 66. -IVA Worldwide Fund | B | Dividend | M | T | | | | | |
| 67. -American Funds Inc. New World | B | Dividend | M | T | | | | | |
| 68. -Wells Fargo FDS Trust WFA Absolute Return Fnd. | B | Dividend | L | T | Sold (part) | 7/25/16 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  -Wells Fargo Adv. Asset Alloc FD | B | Dividend | L | T | | | | | |
| 70.  -PIMCO All Asset Funds Inst. CL | C | Dividend | M | T | | | | | |
| 71.  -T. Rowe Price Short TRM BD FD Inc. | A | Dividend | | | Sold | 7/25/16 | K | | |
| 72.  -FPA FDS TR FPA Crescent Portfolio Instl. | D | Dividend | M | T | | | | | |
| 73.  -Vanguard Specialized Portfolios Dividend Growth FD | C | Dividend | M | T | | | | | |
| 74.  -Vanguard Mun BD FD Inter Term Tax Exempt FD Admiral Shs. | B | Dividend | M | T | Buy | 7/25/16 | M | | |
| 75. | | | | | | | | | |
| 76.  TRUST IV (H) | | | | | | | | | |
| 77.  -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | M | T | | | | | |
| 78.  -Sh. Com. Community Bancorp | C | Dividend | L | T | | | | | |
| 79.  -Sh. Com. Lake Sunapee Bank Group | B | Dividend | L | T | | | | | |
| 80.  -American Mutual FD Inc. | C | Dividend | L | T | | | | | |
| 81.  -American Funds Int'l Growth and Income Fund | B | Dividend | K | T | | | | | |
| 82.  -American Fund Fundamental Investors Inc. | D | Dividend | M | T | | | | | |
| 83.  -American Fund New World Fund | A | Dividend | L | T | | | | | |
| 84.  -Artisan FDS Inc. International Value Fd Inv.Shs. | C | Dividend | | | | 11/22/16 | M | B | Exchanged for Line 93 |
| 85.  -Dodge and Cox FDS Int'l Stk FD | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -IVA Worldwide Fund | C | Dividend | M | T | | | | | |
| 87.  -Wells Fargo FDS Trust WFA Absolute Return Fnd. | B | Dividend | L | T | | | | | |
| 88.  -Wells Fargo Advan. FDS-Asset Alloc Fd | C | Dividend | M | T | | | | | |
| 89.  -Oppenheimer Dev. MKTS | A | Dividend | L | T | | | | | |
| 90.  -PIMCO All Asset Fnd. | D | Dividend | M | T | | | | | |
| 91.  -FPA FDS TR FPA Crescent Portfolio | D | Dividend | M | T | | | | | |
| 92.  -Primecap Odyssey Stock Fund | D | Dividend | M | T | | | | | |
| 93.  -Artisans Partners FDS Inc. Intl. Value FD ADVS Sh | | None | M | T | | 11/22/16 | M | | Exchange. See Line 84. |
| 94. | | | | | | | | | |
| 95.  TRUST V (H) | | | | | | | | | |
| 96.  -Wells Fargo Adv. Bk. Dep. Sweep Prg. | A | Interest | L | T | | | | | |
| 97.  -Sh. Com. Exxon Mobil | C | Dividend | L | T | | | | | |
| 98.  -Sh. Com. General Electric | A | Dividend | L | T | | | | | |
| 99.  -IVA Worldwide Fund | A | Dividend | K | T | | | | | |
| 100.  -Wells Fargo FDS Trust Absolute Return Fnd. | A | Dividend | M | T | | | | | |
| 101.  -PIMCO Unconstrained Bd. FD | A | Dividend | | | Sold | 6/2/16 | M | | |
| 102.  -PIMCO All Asset All Auth. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -FPA Crescent | B | Dividend | N | T | | | | | |
| 104. -IVA International FD CL1 | A | Dividend | L | T | Buy | 6/2/16 | K | | |
| 105. -Vanguard Mun BD FD Inter Term Tax Ex. FD | A | Dividend | M | T | Buy | 6/2/16 | M | | |
| 106. | | | | | | | | | |
| 107. TRUST VI (H) | | | | | | | | | |
| 108. -American Balanced Fund | D | Dividend | M | T | | | | | |
| 109. -American Funds - American Mutual Fund | D | Dividend | M | T | | | | | |
| 110. -American Funds: International Growth and Income Fund | D | Dividend | M | T | | | | | |
| 111. -American Funds: Fundamental Investors | D | Dividend | M | T | | | | | |
| 112. -American Funds: New World | B | Dividend | M | T | | | | | |
| 113. -Europacific Growth FD | A | Dividend | L | T | | | | | |
| 114. -Wells Fargo Ad. Bk. Dep. Sweep Prg. | A | Interest | K | T | Open | 03/17/16 | J | | |
| 115. | | | | | | | | | |
| 116. TRUST VII (H) | | | | | | | | | |
| 117. -American Funds: International Growth and Income Fund | B | Dividend | L | T | | | | | |
| 118. -American Unds: New World Fund | A | Dividend | L | T | | | | | |
| 119. -Wells Fargo Ad. Bk. Dep. Sweep Prg. | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121.  TRUST VIII (H) | | | | | | | | | |
| 122.  -Wells Fargo Bk. Dep. Sweep Prgm. | A | Interest | L | T | | | | | |
| 123.  -Dodge & Cox Stk. FD | C | Dividend | L | T | | | | | |
| 124.  -Dodge & Cox Int. Stk. FD | | None | | | Sold | 6/2/16 | K | | |
| 125.  -FPA New INcome | A | Dividend | | | Sold | 6/2/16 | L | | |
| 126.  -IVA Worldwide FD | B | Dividend | M | T | | | | | |
| 127.  -Wells Fargo FDS Tr. WFA Absolute Ret. FD | A | Dividend | K | T | Sold (part) | 6/3/16 | K | B | |
| 128.  -Pimco Unsontrained BD FD | A | Dividend | | | Sold | 6/2/16 | L | | |
| 129.  -Wells Fargo Asset Alloc. FD | A | Dividend | K | T | Sold (part) | 6/3/16 | K | D | |
| 130.  -Oppenheimer Dev. Mkts. | A | Dividend | K | T | | | | | |
| 131.  -Pimco All Asset FD | C | Dividend | M | T | | | | | |
| 132.  -FPA Crescent | D | Dividend | M | T | | | | | |
| 133.  -Vanguard Mun BD Fd Inter Term Tax Exempt FD Admiral Shs. | A | Dividend | L | T | Buy | 6/3/16 | L | | |
| 134.  -Vanguard Mun BD FD LTD Term Tax Exempt FD Admiral Shs. | A | Dividend | L | T | Buy | 6/3/16 | L | | |
| 135.  -Vanguard Spec. FD Div. Gr. FD | A | Dividend | K | T | Buy | 6/3/16 | K | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 06/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Miscellaneous (H) | | | | | | | | | |
| 138. -Ledyard Bank Accounts | A | Interest | M | T | | | | | |
| 139. -Phoenix Mutual Life Ins. Whole Life Insurance | A | Dividend | K | T | | | | | |
| 140. -Williams College Charitable Gift Annuity | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DiClerico, Joseph A. | 06/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART V - GIFTS

Page 3, line 1 - Estimated value.


PART VII - INVESTMENTS AND TRUSTS

Page 5, line 23 - All of listed asset transferred out to third party account.
Page 5, line 34 - All of listed asset transferred out to third party account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Joseph A. DiClerico**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544